**No. 09-9237. Tyheem Keesh and Jesus Jova, Petitioners v. Joseph T. Smith, Superintendent, Shawangunk Correctional Facility, et al.**

559 U.S. 1077, 130 S. Ct. 2111, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3471.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 582 F.3d 410 and 346 Fed. Appx. 741.

**No. 09-9278. Oscar Rhodes, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

559 U.S. 1077, 130 S. Ct. 2112, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3351.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9279. Fred Ray, Jr., Petitioner v. Missouri.**

559 U.S. 1077, 130 S. Ct. 2112, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3413, ■

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9286. Thomas P. Richard, Sr., Petitioner v. Pennsylvania.**

559 U.S. 1077, 130 S. Ct. 2112, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3315, ■

April 19, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 981 A.2d 931.

**No. 09-9289. Olasebikan Akinmulero, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

559 U.S. 1077, 130 S. Ct. 2112, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3298.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 347 Fed. Appx. 58.

**No. 09-9303. Raymond DeLeon, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1077, 130 S. Ct. 2113, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3441.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9310. Curtis Al'Shahid, Petitioner v. Stuart Hudson, Warden.**

559 U.S. 1077, 130 S. Ct. 2113, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3366.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9312. Grace Miles, Petitioner v. Royce Lee Makishima, et al.**

559 U.S. 1077, 130 S. Ct. 2113, 176 L. Ed. 2d 739, 2010 U.S. LEXIS 3304.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.